January 5, 1910, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover penalties for an alleged violation of section 131 of the Forest, Fish and Game Law in throwing or allowing sawdust and shavings to run into a certain stream.

*Thomas Carmody*, Attorney-General (*Ellis J. Staley* of counsel), for appellant.

*Henry W. Smith* and *George H. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

DELIA CONRAD, as Administratrix of the Estate of JOHN CONRAD, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Conrad v. N. Y. C. & H. R. R. R. Co.*, 137 App. Div. 372, affirmed. (Argued January 19, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 14, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Alfred L. Becker* for appellant.

*Willard H. Ticknor* and *Frank P. Church* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.